Brett N. Taylor (SBN 274400)
btaylor@cozen.com
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401-1453
Telephone: 310-393-4000
Facsimile: 310-394-4700

Attorneys for Defendant WISE PUBLISHING AMERICA, INC., a Delaware corporation

COZEN O'CONNOR
401 WILSHIRE BOULEVARD
SUITE 850
SANTA MONICA, CA 90401

**THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MICHAEL HANSON, on behalf of himself and all similarly situated persons,

Plaintiff,

vs.

WISE PUBLISHING AMERICA, INC., a Delaware corporation; WISE PUBLISHING, INC.,

Defendants.

Case No.: 5:26-cv-02742-JGB-DTB

**ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

**[L.R. 7-1]**

Complaint Filed: 05/20/26
Complaint Served: 06/08/26
Current Response Date: 08/28/26
New Response Date: 09/11/26

**ORDER**

The parties having stipulated hereto, and good cause being shown therefor, IT IS HERBY ORDERED that the time for Defendant WISE PUBLISHING AMERICA, INC., a Delaware corporation ("Defendant") to answer or otherwise respond to Plaintiff MICHAEL HANSON's ("Plaintiff") complaint in the instant action is extended by 14-days, from August 28, 2026 to September 11, 2026.

Dated: August 27, 2026

Hon. Jesus G. Bernal
U.S. District Court Judge