Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
40729 Village Dr., Suite 8 - 1989
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

Attorneys for Plaintiff: MICHAEL HANSON

[*Attorneys for Defendant on Next Page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MICHAEL HANSON, on behalf of himself and all similarly situated persons,

Plaintiff,

v.

WISE PUBLISHING AMERICA, INC., a Delaware corporation; WISE PUBLISHING, INC.,

Defendant.

Case No: 5:26-cv-02742- JGB-DTB

Hon. Jesus G. Bernal

**JOINT NOTICE OF SETTLEMENT**

Brett N. Taylor (SBN 274400)
btaylor@cozen.com
**COZEN O'CONNOR**
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401-1453
Telephone: 310-393-4000
Facsimile: 310-394-4700

Attorneys for Defendant
WISE PUBLISHING AMERICA, INC.,
a Delaware corporation

The Parties by and through their undersigned counsel hereby jointly give the Court notice that Plaintiff MICHAEL HANSON and Defendant WISE PUBLISHING AMERICA, INC., a Delaware corporation (collectively, the "Parties") have reached a settlement in this matter.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates and deadlines in this action, with the expectation that the settlement will be consummated within sixty (60) days, allowing for a Dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims to be filed thereafter.

Dated: September 11, 2026

**NATHAN & ASSOCIATES, APC**

By: /s/ *Reuben D. Nathan*
Reuben D. Nathan
2901 West Coast Highway, Suite 200
Newport Beach, CA 92660
Telephone: (949)270-2798
E-Mail: rnathan@nathanlawpractice.com

*Attorneys for Plaintiff*

Dated: September 11, 2026

**COZEN O'CONNOR**

By: /s/ *Brett N. Taylor*
Brett N. Taylor
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401-1453
Telephone: 310-393-4000
Facsimile: 310-394-4700
E-Mail: btaylor@cozen.com

*Attorneys for Defendant*

**LOCAL RULE 5-4.3.4(a)(2)(i) ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filings content and have authorized the filing.

Dated: September 11, 2026 *<u>/s/Reuben D. Nathan</u>*

Reuben D. Nathan